DAVID B. BARLOW, United States Attorney (#13117)
SCOTT B. ROMNEY, Assistant United States Attorney (#10270)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT
2013 DEC 18 ⊃ 2:50
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID ALLEN JOHNSON,<br><br>Defendant. | INDICTMENT<br>- 18 U.S.C. §1344 - Bank Fraud (Counts 1-4);<br><br>- 18 U.S.C. §1708 - Possession of Stolen Mail (Count 5); and<br><br>- 18 U.S.C. §2 - Aiding and Abetting. |

**COUNTS 1-4**
**18 U.S.C. §§ 1344, 2**
**Bank Fraud**

**A.**   **The Scheme and Artifice to Defraud**

1. From on or about April 1, 2013 to on or about August 21, 2013, in the Central Division of the District of Utah,

DAVID ALLEN JOHNSON,

Defendant herein, did execute and attempt to execute a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, representations, and promises, and to aid and abet therein, from Mountain America Credit Union, Zions Bank, Cyprus Federal

Case: 2:13cr00833
Assigned To : Nuffer, David
Assign. Date : 12/18/2013
Description: USA v.

Credit Union, and Utah First Credit Union, financial institutions within the meaning of 18 U.S.C. § 20, the accounts of which were then insured by the Federal Deposit Insurance Corporation and by the Federal Credit Union Association through the National Credit Union Share Insurance Fund.

2. It was part of the scheme and artifice to defraud that Defendant unlawfully obtained, without authority or permission, stolen personal checks from the United States mails belonging to victims K.M., C.V.W./D.V.W, G.L.W/R.W, and M.A./L.A.

3. It was further a part of the scheme and artifice to defraud that Defendant altered and "washed" the victims' personal checks that were stolen from the United States mails to make it appear as though Defendant was the payee of the checks.

4. As set forth in the chart below, it was further part of the scheme and artifice to defraud that Defendant went to the following financial institutions and negotiated the checks and received cash for his personal use and benefit:

| Count | Date | Check # | Victim(s) | Bank | Amount |
| --- | --- | --- | --- | --- | --- |
| 1 | 04-01-13 | 186 | K.M. | Mountain America Credit Union | $600 |
| 2 | 05-06-13 | 1790 | C.V.W/D.V.W. | Zions Bank | $560.00 |
| 3 | 05-21-13 | 10044 | G.L.W/R.W. | Cyprus Credit Union | $655.97 |
| 4 | 08-21-13 | 3388 | M.A./L.A. | Utah First Credit Union | $560.00 |

All in violation of 18 U.S.C. §§ 1344 and 2.

## COUNT 5
## 18 U.S.C. § 1708
### Possession of Stolen Mail

From on or about April 1, 2013 to on or about August 21, 2013, in the Central Division of the District of Utah,

DAVID ALLEN JOHNSON,

Defendant herein, did unlawfully have in his possession one or more of the following items that had been stolen from an authorized letter box or mail receptacle, knowing the items to have been stolen:

| Date | Sender | Stolen Mail Item(s) |
|---|---|---|
| 04-01-13 | K.M. | Mountain America Check #186 |
| 05-06-13 | C.V.W/D.V.W. | Zions Bank Check #1790 |
| 05-21-13 | G.L.W/R.W. | Cyprus Credit Union Check #10044 |
| 08-21-13 | M.A./L.A. | Utah First Credit Union Check #3388 |

All in violation of 18 U.S.C. § 1708.

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

DAVID B. BARLOW
United States Attorney

SCOTT B. ROMNEY
Assistant United States Attorney

3